IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 21-167-1** |
| | : | |
| **CHERYL LUTTS** | : | |

# O R D E R

**AND NOW,** this _____ day of _____, 2022, upon consideration of the Defendant's Unopposed Motion for Continuance of Trial, it is hereby **ORDERED** that the motion is **GRANTED**. The Court finds that the parties need additional time to determine whether a non-trial disposition can be negotiated and if not the defense needs more time to prepare for trial. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial.

Trial in this matter shall begin on the _____ day of _____, 2022.

BY THE COURT:

_____
THE HONORABLE TIMOTHY J. SAVAGE
Senior United States District Court Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| V. | : | **CRIMINAL NUMBER 21-167-1** |
| | : | |
| **CHERYL LUTTS** | : | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE OF TRIAL**

Cheryl Lutts, by her counsel undersigned, respectfully requests a continuance of trial in this case. In support of this request, it is stated:

1. On May 28, 2021, Ms. Lutts was arraigned before The Honorable Richard A. Lloret and entered a plea of not guilty to the instant 22 count indictment.

2. Trial is scheduled to begin on February 10, 2022 and counsel are attached for trial.

3. The defense has received voluminous discovery, including numerous financial documents concerning two distinct businesses and alleged fraud conducted at both entities. The defense has been hampered in efforts to meet with Ms. Lutts due to the pandemic and exposure to and illness with COVID. We therefore respectfully request additional time to continue reviewing the discovery materials with Ms. Lutts, conduct necessary investigation and legal research, file pretrial motions, including a motion to sever, determine if a non-trial disposition is possible and otherwise prepare for trial. A continuance of not less than sixty (60) days is respectfully requested.

4. Assistant United States Attorney, MaryTeresa Soltis has no objection to this continuance motion.

5. Defense counsel stipulates that the time from the filing of this motion until the trial date is excludable time pursuant to 18 U.S.C. § 3161(h)(7)(A).

6. Counsel undersigned reviewed Ms. Lutt's speedy trial rights with her. Ms. Lutts advises the undersigned that she agrees with and endorses this request to continue the trial date for more preparation, and agrees to waive her speedy trial rights.

**WHEREFORE**, for the foregoing reasons, the defense respectfully requests this motion be granted.

Respectfully submitted,

/s/ Maranna J. Meehan
MARANNA J. MEEHAN
Assistant Federal Defender

# **CERTIFICATE OF SERVICE**

I, Maranna J. Meehan, Assistant Federal Defender, Federal Community Defender Office for the Eastern District of Pennsylvania, hereby certify that I filed the attached Defendant's Unopposed Motion for Continuance of Trial via the Court's Electronic Filing (ECF) system, which sent notification to MaryTeresa Soltis, Assistant United States Attorney, Suite 1250, 615 Chestnut Street, Philadelphia, Pennsylvania 19106, via her email address Mary.Soltis@usdoj.gov.

/s/ Maranna J. Meehan
MARANNA J. MEEHAN
Assistant Federal Defender

DATE:	February 1, 2022